# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRO, LLC d/b/a Comfort Inn,**

      **Plaintiff,**

**-vs-**                                               Case No. 6:05-cv-193-Orl-31KRS

**ASSOCIATION CASUALTY INSURANCE COMPANY,**

      **Defendant.**
_____

## ORDER

Plaintiff has filed a Motion to Strike Defendant's Motion in Limine which appears at Doc. 41 (Doc. 44). Plaintiff responded to the Motion (Doc. 45). Since Defendant's Motion is plainly a *Daubert* Motion, it was untimely filed under the Court's Case Management and Scheduling Order. No good cause having been shown for the delay, it is

**ORDERED** that the Motion to Strike is GRANTED. The Clerk is directed to terminate the Motion at Doc. 41. The Court will deal with the merits of this issue at trial.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 15, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party